**FILED**

JUL 13 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

JUL 16 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Cathy Enwere
   **Name and Address**
2  1263 Madera Ave
3  Menlo Park Ca E-filing 94025

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Cathy Enwere
1263 Madera Ave
Menlo Park Ca. 94025

**Plaintiff / Petitioner**

The Northern District Court System
VS. And the Law offices And
Agencies involved in case
1259 J.F.
US District Court Northern District of California 450 Golden Gate Ave
San Francisco California 94102

**Defendant / Respondent**

Patricia V. Trumbull & ~~Jeremy Fogel~~

Case No CV 12 3725 DMR

Reopen Case because false/fraud
**Document Name:** The Court not following the Law & procedure of the federal courts rules of law. It doesn't matter who you are you cannot miss use your power as a judge are judges to give a win to either party the facts are Courts refused to allow the who told the last judge he could overturn last judges order

Plaintiff Cathy Enwere to testify in her case are cross examine the defendants in her case. Your very own law books speaks on the Legal matters of consenting to a Judge or a Magistrate Judge getting plaintiff to consent to or authorize with a signature on a document stating you want this judge over any parts of your case without that your rights by law cannot be taken by force or miss use of power unless this or these courts wants to be known as racist and bias courts rooms & judges And have segregated the courts with the intent of racial profiling & hatred claim white superior to blacks in court and they win totally on skin color you can not ignore the rules of law and what you took a oath for. When a plaintiff reach and find that case and point was made the courts can't become criminals their self and part of a conspiracy to racial hatred and malicious attacks on the plaintiff to harm because she has made her wrongs under the law and hold court hearing with out her being present are even allow her in a court room because you would have to listen and here laws that you legally can't ignore. Judges can't force you out of a court room. Miss using their power. My case must be heard so I can prove my case should have never been dismissed. I ask Judge Trumball to step down. In front of her face she refused. She illegal order my record defense lawyer accepted illegal documents this judge was not in her jurisdiction rights and wasn't authorized

**Name and Address**

_____

_____

_____

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**Plaintiff / Petitioner**

VS.

**Defendant / Respondent**

Case No. **CV 12 3725**

Document Name:

WE ALSO NEED to Reopen the Case to Call Judge Dwayne on Wayne Brazil if he Assigned Judge Fogel or was it Judge Trumbull, we also need to ask the Comission because that's how many people she Claim assigned her with out Consent or Authorization

by Judge Jeremy Fogel At All he Was And is the Assigned Judge & Even if She Was Authorized by this Judge he Would Also have to get Legal Consents from plaintiff Cathy Enwere And Inform her that he wants go give his Job to Another party that is the reason why Judge Trumbull told Laurie B Hiller She Would illegally dismiss a Case or Judge Fogel Would She New She Couldn't dismiss A Case tenate no B mean plaintiff has a Right to Sue All parties involved And She is using it She is intitle to relief for a illegal MACSACER She Wants her day in Court to prove that PATRICIA V. Trumbull had No Right to preside over her Case defendants All of them from every agency Now this Especially the Lawyers if they Study Law unless there un intelligentable or non responsive they are not Allow ignorents of the Law if they don't Know the Law they Must step down. The reason the Courts Wouldn't Allow me back in the Court Rooms to fight My Case because they Would be Committing pure jury Which is a criminal offense, So if PATRICA Trumbull wasn't outside her jurisdiction Why didn't She do the dismissal on a case She was Assigned to there is only one Judge who had a Assignment to my Case And that was Judge Jeremy Fogel Justice Must be Sone in the Case of Cathy Enwere VS. Tecman Apartment we All Know the truth

| | |
|---|---|
| **magistrate judge** | A federal *magistrate judge* is a judicial officer that has some but not all of the powers of a federal judge; for example, a *magistrate judge* may be designated by a judge to hear a variety of motions and other pretrial matters, and may, with the consent of the parties, preside over civil and misdemeanor criminal trials. |
| **material fact** | A fact that makes a difference in your lawsuit is referred to as a *material fact*. |
| **meet and confer** | When the parties get together to discuss an issue or issues, they *meet and confer*. |
| **memorandum of points and authorities** | The portion of a motion that contains your arguments and the supporting law for why the court should grant your motion is called the *memorandum of points and authorities*, sometimes also referred to as a brief. |
| **mental examination** | If the physical or mental condition of a party (or a person under the custody or legal control of a party) is at issue in a lawsuit, the court may order that person to submit to a physical or mental examination by a suitably licensed or certified examiner, such as a physician or psychiatrist; unlike other discovery procedures, physical or *mental examinations* can be obtained only by filing a motion with the court, or by agreement of the parties. |

Handwritten annotations:
- (next to magistrate judge): "Order one in volved must be charged with a felonie crime"
- (below material fact definition): "So this Means A crime was Committed AND Nobody Can ignore the Law Case must Be Reopened"

171

The following Agencies & Law firm Must Pay the Plaintiff for being in Cahoots with this planned out prapaganda of a illegal conspiracy When Legal CLEAR & Concise doccements or Rules of Laws are spelled out And these are Authentic laws by your very on selfs & The Legislator of the country Then their are know excuces when the facts have be layedd out Now judge or law firm or any other agency can Miss use their power according to the law in a court Room against a plaintiff Knowing they have Know legal Argument with out this judge having a Assignedment Everything in that Court Room was A Lie and misuse of power this case is important because the Sevices given from the Courts were not Even thats the reason this law requested this case not go on public Record also with out my approval becauce they would have been found out for the Bold face liar they have been, unpublished cases prevent help from souces who may read this Mess. There is Know clarity from either party the judge or law firm as to how this judge was assigned and how the Case became About me who brought the claim instead of the defendants claim was brought Against the parties Contractedup I was Told by Courts in San Francisco AND San Jose That Judge Trumbull Retired I watch a Television Show were a female Judge was still on the bench At (92) ninty two What would she Retiree Unless they didn't want her to get caught committing a Crime I want My Day in Court for the Courts to see the Illegal dismissal Which Spells out Simply Racism And descrimination

OVER →

IN All Court Rooms Jim Crow doesn't exist the civil Rights Movement give the Meaning of freedom to all American I am Not free I don't have Equal protection of the Law this Court Case of mind was flat out old time 2000th century Lynching with a new Style & a twist on it More like Mob action Court turning a blind eye to flat out print Blank Racial discrimination in it fullest form, If Patricia V. Trumbull had Jurisdiction over Cathy Enwere Case prove it in Court if Patricia Trumbull was Assigned to her Case prove it by Showing by law the Signatured document Miss Enwere Sign with her Signature because surely we all know it is Required by law when it is all said and done it can't be done so if what this judge has do is is wrong and against the law how can Judge toged dismiss my Case, Case Must be Reopen facts Must be brought to Court if you have n't any then the Real Ruling Must be but forth Also Plaintiff Must Sue the State of California for Racial Criminal Crime against Miss Cathy Enwere And Court Keeping Plaintiff for Relief Remove illegal from here Also that because Plaintiff fought this judge the Courts have taken this fight to the Street by trying to mentally & psysically threaten Plaintiffs help willing tapping phone & home putting chemicals in my home causing respiratory problems I can Hardly breath the Courts Must settle this Case by the book & the Law nothing else but Also we need to check out Sign when she newly Retired Cathy Enwere 2010 or 2011 both were her Dates Given